# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>BOSTON SCIENTIFIC CORPORATION, et al., )<br><br>Defendants. ) | **Civil Action No. 10-CV-10593-PBS** |

## JOINT MOTION AND STIPULATION AS TO ACCEPTANCE OF SERVICE AND SCHEDULE FOR RESPONDING TO CLASS ACTION COMPLAINT

A.    On April 9, 2010, Plaintiff filed its complaint in this action, which is a putative class action complaint brought pursuant to the Securities Exchange Act of 1934;

B.    Pursuant to the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), Plaintiff has made public notice of the filing of the complaint and intends

to move for appointment as Lead Plaintiff and approval by the Court of the retention of Lead Counsel to represent the putative class;

C.      The parties anticipate that after the Court appoints Lead Plaintiff and approves retention of Lead Counsel, such counsel will file an amended complaint relating to this action and any other related action filed in this Court.

ACCORDINGLY, the parties stipulate as follows, and request that the Court approve their stipulation:

1.      Service of the complaint in this action upon each of the Defendants is deemed effective as of the date hereof;

2.      Defendants need not respond to the complaint in this action at this time;

3.      Following entry of the Court's order pursuant to the Reform Act selecting Lead Plaintiff and appointing Lead Counsel in this and any related action, Lead Plaintiff shall have 30 days in which to file an amended complaint or consolidated amended complaint or to notify Defendants that the pending complaint will be the operative complaint for this and any related action;

4.      Defendants shall answer or otherwise respond to the complaint or amended or consolidated amended complaint within 45 days of such filing or such notice; and

5.      If Defendants file a motion to dismiss, Lead Plaintiff shall file its opposition within 45 days of service of such motion, and Defendants shall have 30 days thereafter to file a reply brief.

US1DOCS 7517084v1

**DEFENDANTS**

By their attorneys,

*[signature]*

William H. Paine (BBO# 550506)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000
Email:  william.paine @wilmerhale.com

**PLAINTIFF**

By its attorneys,

*[signature]* (artP)

Thomas G. Shapiro (BBO #454680)
Adam M. Stewart (BBO #661090)
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
tshapiro@shulaw.com
astewart@shulaw.com

Dated:  April 26, 2010

SO ORDERED:

_____

Patti B. Saris, United States District Judge

US1DOCS 7517084v1

## CERTIFICATE OF SERVICE

I, William H. Paine, hereby certify that on April 26, 2010, I caused a true copy of the foregoing document to be served electronically via the Court's Electronic Filing System upon all counsel of record.

/s/   William H. Paine
William H. Paine

US1DOCS 7517084v1