**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.,<br><br>Defendants. | ) | No. 1:10-cv-10593-PBS<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** |

Plaintiff City of Roseville Employees' Retirement System hereby withdraws its Motion for Appointment as Lead Plaintiff, which it filed on June 8, 2010 (Docket No. 17).

Dated: June 21, 2010

Respectfully submitted,

**/s/ Adam M. Stewart**
Thomas G. Shapiro (BBO #454680)
Adam M. Stewart (BBO #661090)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
tshapiro@shulaw.com
astewart@shulaw.com

Dennis J. Herman (admitted *pro hac vice*)
Phillip G. Freemon (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
Facsimile: 415/288-4534
dennish@rgrdlaw.com
gfreemon@rgrdlaw.com

Darren J. Robbins
Tricia L. McCormick
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423
darrenr@rgrdlaw.com
triciam@rgrdlaw.com

***Counsel for Plaintiff City of Roseville Employees' Retirement System***

***Additional Counsel:***

Michael J. Vanoverbeke
Thomas C. Michaud
VANOVERBEKE MICHAUD & TIMMONY, P.C.
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
Facsimile: 313/578-1201
mvanoverbeke@vmtlaw.com
tmichaud@vmtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party through the Court's ECF system on June 21, 2010.

**/s/ Adam M. Stewart____**
Adam M. Stewart