# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>-v-<br><br>BOSTON SCIENTIFIC CORPORATION, J. RAYMOND ELLIOTT, JAMES R. TOBIN, and SAMUEL R. LENO,<br><br>Defendants. | Civil Action No. 1:10-CV-10593-PBS |

## RESPONSE BY IRON WORKERS LOCALS 40, 361, 417 UNION SECURITY FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Based on the pending motions for appointment as lead plaintiff, it appears that there are other movants with larger losses than the loss of $189,457 asserted by Iron Workers Locals 40, 361, 417 Union Security Funds ("Iron Workers Locals 40").  However, should the need arise, Iron Workers Locals 40 remains ready, willing, and able to assume the duties as lead or co-lead plaintiff and/or as class representative on behalf of the Class.

Dated: June 22, 2010

Respectfully submitted,

**GILMAN AND PASTOR LLP**

/s/ David Pastor
David Pastor (BBO #391000)
Kenneth G. Gilman
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701
Email: dpastor@gilmanpastor.com

**POMERANTZ HAUDEK**
  **GROSSMAN & GROSS LLP**
Marc I. Gross
Fei-Lu Qian
100 Park Avenue
New York, New York 10017
Telephone:     (212) 661-1100
Facsimile:     (212) 661-8665

**POMERANTZ HAUDEK**
  **GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone:     (312) 377-1181
Facsimile:     (312) 377-1184

**Attorneys for Iron Workers Locals 40, 361, 417**
**Union Security Funds**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) and paper copies will be sent to those indicated as non-registered participants on June 22,

2010.

/s/ David Pastor
David Pastor