UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BOSTON SCIENTIFIC CORPORATION, J. RAYMOND ELLIOTT, JAMES R. TOBIN and SAMUEL R. LENO, <br><br> Defendants. | Case No. 1:10-cv-10593-PBS |

STIPULATION AND [PROPOSED] ORDER APPROVING UNCONTESTED MOTION BY KBC ASSET MANAGEMENT NV AND STEELWORKERS PENSION TRUST FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF THEIR SELECTION OF CO-LEAD AND LIAISON COUNSEL

WHEREAS, on June 8, 2010, four motions for appointment as lead plaintiff were timely filed by KBC Asset Management NV ("KBC"), Steelworkers Pension Trust ("Steelworkers"), Iron Workers Locals 40, 361, 417 Union Security Funds ("Iron Workers"), and City of Roseville Employees' Retirement System ("Roseville") (Docket Nos.14, 7, 10, and 11).

WHEREAS, the movants represented that they suffered the following losses as a result of their purchases of the common stock of Boston Scientific Corp. ("BSX"): KBC: $1,846,126; Steelworkers: $1,049,944; Iron Workers: $189,457; and Roseville: $5,516.

WHEREAS, on June 21, 2010, Roseville filed a Notice of Withdrawal of City of Roseville Employees' Retirement System's Motion for Appointment as Lead Plaintiff (Docket No. 20).

WHEREAS, on June 22, 2010, KBC and Steelworkers, recognizing that they had the largest losses and the benefits of joining as one co-lead plaintiff group, filed a Joint Memorandum of Law and Declaration of Steelworkers Pension Trust and KBC Asset Management NV in Joint Response to Pending Motions of All Lead Plaintiff Applicants Regarding Appointment as Co-Lead Plaintiffs and Approval of Selection of Co-Lead Counsel (Docket No. 22), in which they seek (i) to be appointed Co-Lead Plaintiffs together; and (ii) approval of the selection of their counsel, Motley Rice LLC and Berger & Montague, P.C. as Co-Lead Counsel and Berman DeValerio and Stern Shapiro Weissberg & Garin, LLP as Liaison Counsel ("Joint Memorandum and Declaration").

WHEREAS, on June 22, 2010, Iron Workers filed a Response for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel, stating that "[b]ased on the pending motions for appointment as lead plaintiff, it appears that there are other movants with larger losses than the loss of $189,457 asserted by" Iron Workers and that "should the need arise, Iron Workers Local 40 remains ready, willing and able to assume the duties as lead or co-lead plaintiff and/or as class representative on behalf of the class." (Docket No. 23)

WHEREAS, the three remaining movants for lead plaintiff, KBC, Steelworkers and Iron Workers, stipulate and agree as follows:

1. KBC and Steelworkers, which filed timely motions for appointment as lead plaintiff and also filed a Joint Memorandum and Declaration seeking appointment as Co-Lead Plaintiffs, have the largest financial interest of almost $2.9 million and otherwise satisfy the requirements of Rule 23.

2. Iron Workers, the only remaining movant after the withdrawal of Roseville's motion, has a financial interest of less than $190,000 and agrees that KBC and Steelworkers have

2

a larger loss. Iron Workers does not oppose KBC's and Steelworkers' Joint Memorandum and Declaration.

3. KBC's and Steelworkers' Joint Memorandum and Declaration is unopposed.

4. KBC and Steelworkers have the largest financial interest in the litigation, otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure and, therefore, are the "most adequate plaintiffs" under the Private Securities Litigation Reform Act of 1995.

5. KBC and Steelworkers should be appointed Co-Lead Plaintiffs, their selection of Motley Rice LLC and Berger & Montague, P.C. as Co-Lead Counsel and of Berman DeValerio and Stern Shapiro Weissberg & Garin, LLP as Liaison Counsel should be approved and Co-Lead Plaintiffs should have sixty (60) days from the date of the entry of this Stipulation and Order to file a consolidated complaint.

Dated: 7/12/10

*Jonathan Shapiro/LRS*
Jonathan Shapiro
Lynn Weissberg
STERN SHAPIRO WEISSBERG &
GARIN, LLP
90 Canal Street
Boston, MA 02114-2022
Tel: (617) 742-5800
Fax: (617) 742-5858
Email: jshapiro@sswg.com
   lweissberg@sswg.com

*Leslie R. Stern*
Leslie R. Stern (BBO #631201)
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
Email: lstern@bermandevalerio.com

*Proposed Liaison Counsel*

3

By: *Arthur Stock* (signature)
Sherrie R. Savett
Barbara A. Podell
Arthur Stock
Phyllis M. Parker
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: ssavett@bm.net
bpodell@bm.net
astock@bm.net
pparker@bm.net

By: *James M. Hughes* (signature)
James M. Hughes
William S. Norton
J. Brandon Walker
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9440
Email: jhughes@motleyrice.com
bnorton@motleyrice.com
bwalker@motleyrice.com

William H. Narwold
**MOTLEY RICE LLC**
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 882-1676
Fax: (860) 882-1682
Email: bnarwold@motleyrice.com

*Proposed Co-Lead Counsel*

By: (signature)
Marc I. Gross
Fei-Lu Qian
**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: migross@pomlaw.com
flqian@pomlaw.com

*Counsel for Iron Workers 40, 361, 417 Union Security Funds*

SO ORDERED, this 13 day of July, 2010.

*Patti B. Saris* (signature)
Patti B. Saris
U.S.D.J.

lm1539556

4

## CERTIFICATE OF SERVICE

I, Leslie R. Stern, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 12, 2010.

/s/ Leslie R. Stern
Leslie R. Stern