UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, J. RAYMOND ELLIOTT, JAMES R. TOBIN and SAMUEL R. LENO,<br><br>Defendants. | Case No. 1:10-cv-10593-PBS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Co-Lead Plaintiffs KBC Asset Management NV ("KBC") and Steelworkers Pension Trust ("Steelworkers"), through their undersigned counsel, hereby file this assented-to motion requesting a twenty-four hour, or one day, extension of time to file their amended complaint in the above-captioned litigation.  Given the Jewish holiday (Rosh Hashanah) on September 9 and 10 of last week and the Labor Day holiday the week before, Co-Lead Plaintiffs respectfully request an additional twenty-four hours to file their amended complaint.

The current deadline for Co-Lead Plaintiffs' amended complaint is September 13, 2010. The requested extension would make September 14, 2010 the new deadline for filing Co-Lead Plaintiffs' amended complaint and will be the operative date for calculating the time within which Defendants shall answer or otherwise respond.

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel has consulted with counsel for Defendants, William H. Paine, Esq., with respect to this Motion and counsel for Defendants has assented to this Motion.

WHEREFORE, the undersigned counsel respectfully moves that this Court approve Co-Lead Plaintiffs' motion for extension of time to file their amended complaint to September 14, 2010.

| | |
|---|---|
| Dated: September 13, 2010 | Respectfully submitted, |
| | **BERMAN DEVALERIO** |
| | /s/ Leslie R. Stern |
| | Leslie R. Stern (BBO # 631201) |
| | Abigail R. Romeo (BBO # 657680) |
| | One Liberty Square |
| | Boston, MA 02109 |
| | Tel: (617) 542-8300 |
| | Fax: (617) 542-1154 |
| | lstern@bermandevalerio.com |
| | aromeo@bermandevalerio.com |
| | |
| | Jonathan Shapiro |
| | Lynn Weissberg |
| | **STERN SHAPIRO WEISSBERG & GARIN, LLP** |
| | 90 Canal Street |
| | Boston, MA 02114-2022 |
| | Tel: (617) 742-5800 |
| | Fax: (617) 742-5858 |
| | Email: jshapiro@sswg.com |
| | lweissberg@sswg.com |
| | |
| | *Co-Liaison Counsel for the Class* |
| | |
| | Sherrie R. Savett |
| | Barbara A. Podell |
| | Arthur Stock |
| | Phyllis M. Parker |
| | **BERGER & MONTAGUE, P.C.** |
| | 1622 Locust Street |
| | Philadelphia, PA 19103 |

Tel: (215) 875-3000
Fax: (215) 875-4604
Email: ssavett@bm.net
bpodell@bm.net
astock@bm.net
pparker@bm.net

James M. Hughes
William S. Norton
J. Brandon Walker
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9440
Email: jhughes@motleyrice.com
bnorton@motleyrice.com
bwalker@motleyrice.com

William H. Narwold
**MOTLEY RICE LLC**
20 Church St., 17th Floor
Hartford, CT 06103
Tel: (860) 882-1676
Fax: (860) 882-1682
Email: bnarwold@motleyrice.com

*Co-Lead Counsel for the Class*

**Certification Under Local Rule 7.1(a)(2)**

      Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certify that counsel for Co-Lead Plaintiffs have conferred with counsel for Defendants in the above-captioned action and attempted in good faith to resolve or narrow the issue before filing this motion.

                                            /s/ Leslie R. Stern
                                            Leslie R. Stern

**CERTIFICATE OF SERVICE**

      I hereby certify that this Assented-To Motion For Extension Of Time To File Amended Complaint filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 13, 2010.

                                            /s/ Leslie R. Stern
                                            Leslie R. Stern