UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *IN RE BOSTON SCIENTIFIC CORP.* <br> *SECURITIES LITIGATION* | Civil Action No. <br> 1:10-CV-10593-PBS |

### DECLARATION OF EDWARD W. LITTLE, JR.
### IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Edward W. Little, Jr., being duly sworn, do hereby depose and state:

1. I am a partner in the law firm of McCarter & English LLP, which is counsel for the defendants in this action, and am admitted in good standing to practice before the United States District Court for the District of Massachusetts. I submit this declaration in support of *Defendants' Motion to Dismiss Amended Class Action Complaint* ("Defendants' Motion to Dismiss") in the above-captioned matter.

2. Attached as Exhibit 1 to the accompanying Appendix of Public Records submitted in support of Defendants' Motion to Dismiss (hereinafter the "Appendix") is a true and correct copy of an excerpt from the Café Pharma Message Board, dated December 9, 2009, and found on the internet website http://www.cafepharma.com/boards/.

3. Attached as Exhibit 2 to the Appendix is a true and correct copy of an excerpt from the Café Pharma Message Board, dated December 17, 2009, and found on the internet website http://www.cafepharma.com/boards/.

ME1 10972603v.1

4.      Attached as <u>Exhibit 3</u> to the Appendix is a true and correct copy of a transcript of a Q4 2009 Boston Scientific Corporation Earnings Conference Call dated February 11, 2010.

5.      Attached as <u>Exhibit 4</u> to the Appendix is a true and correct copy of a Stock Price Chart obtained from the Yahoo! Finance website (from <u>http://finance.yahoo.com</u>)/

6.      Attached as <u>Exhibit 5</u> to the Appendix is a true and correct copy of a Product Advisory dated December 1, 2009 with a Letter to Doctors regarding a Product Advisory and a Letter to Patients regarding a Product Advisory.

7.      Attached as <u>Exhibit 6</u> to the Appendix is a true and correct copy of an Equity Research Report, prepared by Credit Suisse and dated February 12, 2010.

8.      Attached as <u>Exhibit 7</u> to the Appendix is a true and correct copy of a Letter dated May 21, 2010 from Jeffrey D. Capello, EVP & CFO of Boston Scientific Corporation, to Kristin Lochhead, U.S. Securities & Exchange Commission (available on <u>http://www.sec.gov/Archives/</u>).

9.      Attached as <u>Exhibit 8</u> to the Appendix is a true and correct copy of General Instructions for U.S. Securities & Exchange Commission Form 8-K (SEC Form 873).

10.     Attached as <u>Exhibit 9</u> to the Appendix is a true and correct copy of Additional Form 8-K Disclosure Requirements and Acceleration of Filing Date (Part VI) published in the *Federal Register* at 69 Fed. Reg. 15594 (March 25, 2004).

11.     Attached as <u>Exhibit 10</u> to the Appendix is a true and correct copy of Forward-Looking Statements from the following public filings of Boston Scientific Corporation:

- Form 10-Q for the period ending 9/30/09;
- Preliminary Prospectus Supplement dated 12/10/09;
- Preliminary Prospectus dated 12/10/09;

- Form S-3 Registration Statement;

- Prospectus filed 12/14/09;

- Prospectus Supplement to Prospectus dated 12/10/09 (filed 12/14/09);

- Form 10K for the period ending 12/31/09

I declare under the pains and penalty of perjury that the foregoing is true and correct, and I executed this declaration on the 17th day of December 2010.

*Edward W. Little, Jr.*
Edward W. Little, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served by hand on local counsel for the plaintiffs, and all counsel of record via electronic mail.

By:   /s/ Robert J. Kaler

Date:   December 17, 2010