# EXHIBIT 6B

ME1 6931528v.1

**CREDIT SUISSE**

# Management Changes & Restructuring Initiatives

**Management Changes**

- Current CFO Sam Leno (who has been with BSX since 2007 and was CFO at Zimmer under then CEO Ray Elliot) will become COO, effective March 1. Elliott will oversee finance, information systems, and manufacturing and operations.

- Current Chief Accounting Officer and Corporate Controller Jeff Capello will become the company's new CFO, effective March 1.

- Fred Colen, former President of CRM, will become the Chief Technology Officer. Under the new role, Boston will reprioritize its allocation of R&D resources.

- Tim Pratt will serve as Chief Administrative Officer, in addition to being General Counsel and Secretary. Boston will consolidate legal, corporate communications, government affairs, human resources, and quality and regulatory affairs under Pratt.

**Restructuring Initiatives**

- Boston Scientific announced it is merging its Cardiovascular group (which includes stents, peripheral vascular, and interventional cardio) with its Cardiac Rhythm Management group (includes ICD/pacemakers). Together, the two groups represented about $5,875 million in 2009 sales ($3,426M in Cardio and $2,413M CRM). The new group will be headed by Hank Kucheman, who is the current President of the Cardiovascular division. The group will increase its focus on structural heart, disruptive technology, primary prevention ICDs, atrial fibrillation, and hypertension.

- Boston will eliminate its international headquarters. Presidents of Japan, Europe and newly formed Emerging Markets Group will report directly to CEO Ray Elliot. Boston will announce leadership for the Emerging Markets groups at a later date.

- Boston has also created a new Urology and Women's Health division, which along with Endoscopy will report directly to the CEO. The Endosurgery group structure (which currently includes urology/gynecology and endoscopy) will cease to exist. John Pederson will lead the Urology and Women's Health division while Michael Phalen will lead Endoscopy with plans to pursue incremental growth through devices for endoluminal surgery, obesity/diabetes solutions and pulmonary asthma.

- Boston will rationalize its portfolio, including both acquisitions and divestitures. As noted within the reorganization, the interest areas for potential acquisitions are fairly laid out--structural heart, disruptive technology, atrial fibrillation, hypertension, women's health, endoluminal surgery, obesity/diabetes solutions and pulmonary asthma. Considering the cash flows and balance sheet, we're hoping for smaller deal sizes. We expect Boston Scientific to comment on this on the call.

- Boston will immediately begin a new set of restructuring initiatives that are expected to reduce gross expenses by $200 million to $250 million (5.5% to 7% reduction) from 2009 base over the next two years. Headcount is expected to fall from 1,300 to 1,000 from the company's "non-direct labor base" (which we take to mean more middle management versus sales "feet on the street"). Boston expects headcount reductions to be partially offset by the redeployment of expenses and headcount into the sales force and into research initiatives.

- Boston expects restructuring related expenses to be in the range of $180 million to $200 million pre-tax, of which the vast majority will be cash.

CREDIT SUISSE

12 February 2010

## HeartRhythm Journal and Product Quality

We expect Boston Scientific to address the Heart Rhythm Journal article on its conference call. This article is likely to also be discussed in the Wall Street Journal Print edition on Thursday as an online article was released on Wednesday night.

### The *HeartRhythm* Article

In a recent article published in the journal *Heart Rhythm* (official journal of the Heart Rhythm Society), Doctor Joseph J. Germano, Alicia Darge, and Doctor William H. Maisel describe the case of an 84 year old man who originally underwent biventricular ICD implantation in 2003 and later received an ICD generator replacement in 2005 due to recall. In September 2009, the patient underwent ICD replacement due to generator failure, receiving a Boston Scientific Cognis CRT-D which was placed subcutaneously. Integrity of the ICD was verified and a small insulation breach on the left ventricular lead was repaired. The following day, the patient received an ICD shock that was later determined to be inappropriate, consisting of 1 shock and multiple episodes of antitachycardia pacing for noise in the ventricular tachycardia and ventricular fibrillation detection zones. Sinus rhythm was restored and ICD therapies were disabled while the patient was monitored on normal telemetry while waiting for an ICD system revision.

The following day, the patient developed severe upper extremity pain, and was given an emergency thrombectomy. The patients ICD implant system was inspected, and found to be satisfactory. A new RV ICD lead was added to remedy what was believed to be an intermittent lead fracture generating the observed electrogram noise. The patient was later discharged home and monitored on Boston's Latitude home monitoring system.

About a month later, high frequency noise was observed on the right ventricular channel while brief high-impedance readings were seen on the RV and LV leads. Visual examination of the ICD pocket showed the ICD header had separated from the case by several millimeters. Using the BSX device programmer, it was determine that manipulation of the device header forced the ICD into safety mode, resulting in automated reactivation of ICD detection and therapies (recall they had previously been disabled). Leads were reconnected to a new ICD and the system was placed back in the sub-q pocket, and no further abnormalities had been observed during several weeks follow-up.

### Boston Scientific's Rebuttal

On February 10, Boston issued a press release with the following rebutting the HeartRhythm Journal article saying it found it "unacceptable" to rush the manuscript to publication without requesting a detailed engineering analysis. Boston said their analysis determined the while the bond between the header and the case was weakened, the device functioned normally and a weakened header bond was not the cause of the abnormal sensing and pacing impedance observed in the patient case reviewed. Boston said there was no mechanism to link the noise observations to a weakened header bond and noted that none of the leads implanted in the patient were manufactured by Boston Scientific.

Boston noted that including this most recent case, only three instances of weakened header bonds have been observed in a context of more than 90,000 COGNIS and TELIGEN devices implanted subcutaneously. Thus, the overall rate of events compares very favorably to the performance of similar devices and is well within accepted performance ranges.

Boston did note, however, that it implemented manufacturing process improvements to strengthen the header bond on these devices and it has received approval from U.S. and European regulatory authorities for the devices with the strengthened header bond. Boston has been shipping these devices and expects to complete the transition to these devices by next month.

**CREDIT SUISSE**                                                                                          12 February 2010

Our updated model is presented below.

Exhibit 13: **Boston Scientific Model**

| For the period ending $ millions, ex-per share | 2007 | 1Q08 | 2Q08 | 3Q08 | 4Q08 | 2008 | 1Q09 | 2Q09 | 3Q09 | 4Q09 | 2009 | 1Q10E | 2Q10E | 3Q10E | 4Q10E | 2010E | 2011E | 2012E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pro Forma P&L** | | | | | | | | | | | | | | | | | | |
| Total sales | $8,356 | $2,046 | $2,024 | $1,978 | $2,002 | $8,050 | $2,010 | $2,074 | $2,025 | $2,079 | $8,188 | $2,041 | $2,105 | $2,068 | $2,111 | $8,325 | $8,678 | $8,944 |
| COGS | $2,333 | $576 | $601 | $651 | $624 | $2,452 | $597 | $618 | $616 | $696 | $2,527 | $668 | $685 | $666 | $680 | $2,699 | $2,755 | $2,690 |
| Gross profit | $6,023 | $1,470 | $1,423 | $1,327 | $1,378 | $5,598 | $1,413 | $1,456 | $1,409 | $1,383 | $5,661 | $1,373 | $1,420 | $1,401 | $1,431 | $5,626 | $5,923 | $6,254 |
| SG&A Expenses | $2,885 | $652 | $649 | $601 | $633 | $2,535 | $648 | $667 | $660 | $646 | $2,621 | $659 | $679 | $660 | $667 | $2,665 | $2,750 | $2,791 |
| R&D expenses | $1,087 | $242 | $251 | $251 | $255 | $999 | $256 | $262 | $257 | $257 | $1,032 | $258 | $260 | $255 | $258 | $1,031 | $1,044 | $1,031 |
| Amortization exp. | $632 | $143 | $135 | $131 | $134 | $543 | $128 | $126 | $126 | $129 | $509 | $128 | $128 | $126 | $126 | $508 | $435 | $400 |
| Royalties | $202 | $46 | $48 | $51 | $59 | $204 | $46 | $53 | $51 | $41 | $191 | $51 | $52 | $52 | $52 | $207 | $213 | $208 |
| Operating Profit | $1,217 | $387 | $340 | $293 | $297 | $1,317 | $335 | $348 | $315 | $310 | $1,308 | $278 | $301 | $308 | $328 | $1,215 | $1,482 | $1,824 |
| Interest Expense | $571 | $131 | $118 | $112 | $107 | $468 | $105 | $92 | $91 | $122 | $410 | $87 | $90 | $90 | $90 | $358 | $352 | $313 |
| Other (Income) | ($79) | ($16) | ($11) | ($11) | ($10) | ($48) | ($3) | ($2) | ($2) | ($3) | ($10) | ($3) | ($2) | ($3) | ($3) | ($11) | ($22) | ($27) |
| Pretax Income | $32 | $3 | $0 | $10 | $12 | $25 | $9 | $21 | $6 | $2 | $38 | $5 | $10 | $10 | $10 | $35 | $36 | $38 |
| Taxes paid | $693 | $269 | $233 | $182 | $188 | $872 | $224 | $237 | $220 | $189 | $870 | $189 | $203 | $210 | $232 | $833 | $1,115 | $1,500 |
| Tax rate | $83 | $22 | $37 | $42 | ($6) | $95 | $36 | $43 | $36 | ($6) | $109 | $45 | $49 | $50 | $37 | $181 | $223 | $300 |
| Pro Forma Net Inc | 12.0% | 8.0% | 15.9% | 23.1% | -3.2% | 10.8% | 16.1% | 18.1% | 16.4% | -3.2% | 12.5% | 24.0% | 24.0% | 24.0% | 16.0% | 21.8% | 20.0% | 20.0% |
| | $610 | $248 | $196 | $140 | $194 | $778 | $188 | $194 | $184 | $195 | $761 | $143 | $154 | $160 | $195 | $652 | $892 | $1,200 |
| Diluted Shares | 1,497.7 | 1,500.1 | 1,505.2 | 1,507.9 | 1,501.5 | 1,503.7 | 1,508.7 | 1,514.5 | 1,520.2 | 1,510.6 | 1,513.5 | 1,512.4 | 1,513.0 | 1,514.3 | 1,514.6 | 1,513.6 | 1,517.2 | 1,519.3 |
| Pro Forma EPS | $0.41 | $0.17 | $0.13 | $0.09 | $0.13 | $0.52 | $0.12 | $0.13 | $0.12 | $0.13 | $0.50 | $0.09 | $0.10 | $0.11 | $0.13 | $0.43 | $0.59 | $0.79 |
| Amortization Exp | $0.39 | $0.07 | $0.07 | $0.06 | $0.08 | $0.29 | $0.07 | $0.07 | $0.07 | $0.07 | $0.28 | $0.07 | $0.07 | $0.07 | $0.07 | $0.27 | $0.23 | $0.21 |
| "Cash EPS" | $0.80 | $0.24 | $0.20 | $0.16 | $0.21 | $0.81 | $0.19 | $0.20 | $0.19 | $0.20 | $0.78 | $0.16 | $0.17 | $0.17 | $0.19 | $0.70 | $0.82 | $1.00 |
| **Margin Analysis** | | | | | | | | | | | | | | | | | | |
| Gross margin | 72.1% | 71.9% | 70.3% | 67.1% | 68.8% | 69.5% | 70.3% | 70.2% | 69.6% | 66.5% | 69.1% | 67.3% | 67.5% | 67.8% | 67.8% | 67.6% | 68.3% | 69.9% |
| SG&A % of sales | 34.5% | 31.9% | 32.1% | 30.4% | 31.6% | 31.5% | 32.2% | 32.2% | 32.6% | 31.1% | 32.0% | 32.3% | 32.2% | 31.9% | 31.6% | 32.0% | 31.7% | 31.2% |
| R&D % of sales | 13.0% | 11.8% | 12.4% | 12.7% | 12.7% | 12.4% | 12.7% | 12.6% | 12.7% | 12.4% | 12.6% | 12.7% | 12.4% | 12.3% | 12.2% | 12.4% | 12.0% | 11.5% |
| Royalty % of sales | 2.4% | 2.2% | 2.4% | 2.6% | 2.9% | 2.5% | 2.3% | 2.6% | 2.5% | 2.0% | 2.3% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.3% |
| Operating margin | 14.6% | 18.9% | 16.8% | 14.8% | 14.8% | 16.4% | 16.7% | 16.8% | 15.6% | 14.9% | 16.0% | 13.6% | 14.3% | 14.9% | 15.6% | 14.6% | 17.1% | 20.4% |
| Op margin ex amort | 20.3% | 24.1% | 22.0% | 20.1% | 20.1% | 21.6% | 21.9% | 21.8% | 20.7% | 20.0% | 21.1% | 18.5% | 19.0% | 19.7% | 20.3% | 19.4% | 21.7% | 24.9% |
| Pretax margin | 8.3% | 13.2% | 11.5% | 9.2% | 9.4% | 10.8% | 11.1% | 11.4% | 10.9% | 9.1% | 10.6% | 9.2% | 9.6% | 10.2% | 11.0% | 10.0% | 12.9% | 16.8% |
| Net margin | 7.3% | 12.1% | 9.7% | 7.1% | 9.7% | 9.7% | 9.4% | 9.4% | 9.1% | 9.4% | 9.3% | 7.0% | 7.3% | 7.7% | 9.2% | 7.8% | 10.3% | 13.4% |
| EBITDA margin | 26.1% | 30.0% | 26.9% | 26.4% | 26.2% | 27.4% | 27.5% | 27.3% | 26.3% | 24.8% | 26.5% | 23.8% | 24.4% | 25.1% | 25.6% | 24.7% | 26.1% | 28.9% |
| **Growth Analysis** | | | | | | | | | | | | | | | | | | |
| Sales | 6.9% | -1.9% | -2.3% | -3.4% | -7.0% | -3.7% | -1.8% | 2.5% | 2.4% | 3.8% | 1.7% | 1.6% | 1.5% | 2.1% | 1.5% | 1.7% | 4.2% | 3.1% |
| Gross Profit | 1.8% | -3.2% | -5.8% | -10.0% | -9.3% | -7.1% | -3.9% | 2.3% | 6.2% | 0.4% | 1.1% | -2.8% | -2.4% | -0.6% | 3.5% | -0.6% | 5.3% | 5.6% |
| SG&A | 10.5% | -10.2% | -12.8% | -15.5% | -10.1% | -12.1% | -0.6% | 2.8% | 9.8% | 2.1% | 3.4% | 1.7% | 1.8% | 0.1% | 3.2% | 1.7% | 3.2% | 1.5% |
| R&D | 12.8% | -16.0% | -8.1% | -7.4% | 0.0% | -8.1% | 5.8% | 4.4% | 2.4% | 0.8% | 3.3% | 0.9% | -0.7% | -0.8% | 0.3% | -0.1% | 1.2% | -1.2% |
| Operating Income | -24.0% | 27.2% | 18.1% | 1.1% | -11.3% | 8.2% | -13.5% | 2.4% | 7.5% | 4.4% | -0.7% | -17.1% | -13.5% | -2.2% | 6.0% | -7.1% | 22.0% | 23.1% |
| Pretax Income | -43.6% | 42.2% | 48.4% | 2.4% | 11.3% | 25.9% | -16.9% | 1.7% | 20.9% | 0.5% | -0.3% | -15.8% | -14.4% | -4.4% | 22.5% | -4.2% | 33.8% | 34.5% |
| Net Income | -44.3% | 70.4% | 58.1% | -14.0% | 9.1% | 27.5% | -24.2% | -1.0% | 31.4% | 0.5% | -2.2% | -23.8% | -20.5% | -13.1% | -0.2% | -14.3% | 36.9% | 34.5% |
| Pro Forma EPS | -52.1% | 12.1% | 57.5% | -14.3% | 8.3% | 27.0% | -24.6% | -1.6% | 30.4% | -0.1% | -2.8% | -24.0% | -20.4% | -12.8% | -0.5% | -14.3% | 36.5% | 34.3% |
| Cash EPS | -31.3% | 33.2% | 9.0% | -21.3% | -9.7% | 1.3% | -19.5% | -2.9% | 21.6% | -5.6% | -3.7% | -15.2% | -13.5% | -9.6% | -3.1% | -10.3% | 16.9% | 22.4% |

*Source: Company data, Credit Suisse estimates*

CREDIT SUISSE

12 February 2010



Exhibit 14: Boston Scientific Price Performance History

Source: Company data, Credit Suisse estimates



12 February 2010

**Companies Mentioned** *(Price as of 11 Feb 10)*
Abbott Laboratories (ABT, $53.54, NEUTRAL, TP $59.00)
Baxter International (BAX, $56.01, NEUTRAL, TP $67.00)
Becton Dickinson & Co. (BDX, $75.22, NEUTRAL, TP $75.00)
Boston Scientific Corp. (BSX, $7.47, NEUTRAL, TP $8.50)
C. R. Bard, Inc. (BCR, $81.51, NEUTRAL, TP $80.00)
CareFusion (CFN, $25.80, NEUTRAL, TP $24.00)
Covidien (COV, $49.75, OUTPERFORM, TP $56.00)
Edwards Lifesciences Corp. (EW, $86.35, OUTPERFORM, TP $105.00)
Johnson & Johnson (JNJ, $62.91, NEUTRAL, TP $71.00)
Medtronic (MDT, $42.30, OUTPERFORM, TP $52.00)
St. Jude Medical (STJ, $37.37, NEUTRAL, TP $41.00)
Stryker Corporation (SYK, $52.17, NEUTRAL, TP $53.00)
Zimmer Holdings, Inc. (ZMH, $57.60, NEUTRAL, TP $61.00)

# Disclosure Appendix

## Important Global Disclosures

I, Kristen Stewart, CFA, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

See the Companies Mentioned section for full company names.

### 3-Year Price, Target Price and Rating Change History Chart for BSX

| BSX Date | Closing Price (US$) | Target Price (US$) | Rating | Initiation/ Assumption |
|---|---|---|---|---|
| 5/9/07 | 16.24 | | NC | |
| 11/6/07 | 13.12 | 15 | N | X |
| 11/5/08 | 8.77 | 12 | | |
| 12/9/08 | 7.36 | 9 | | |
| 2/5/09 | 9.31 | 9.5 | | |
| 3/5/09 | 6.46 | 9 | | |
| 4/21/09 | 8.45 | 10 | | |
| 7/23/09 | 10.43 | 10.5 | | |
| 8/3/09 | 11.02 | 11.5 | | |
| 10/20/09 | 8.57 | 11 | | |
| 11/9/09 | 8.31 | 10 | | |
| 2/1/10 | 8.42 | 9.5 | | |

O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

**Trading Alerts for BSX were produced on:**

| Date |
|---|
| 7/24/2008 |

**CREDIT SUISSE**

12 February 2010

### 3-Year Price, Target Price and Rating Change History Chart for MDT

| MDT Date | Closing Price (US$) | Target Price (US$) | Rating | Initiation/ Assumption |
|---|---|---|---|---|
| 5/9/07 | 53.6 | | NC | |
| 11/6/07 | 46.65 | 52 | N | X |
| 5/22/08 | 50.74 | 54 | | |
| 11/5/08 | 39.14 | 49 | | |
| 11/19/08 | 31.2 | 37 | | |
| 3/5/09 | 25.76 | 35 | | |
| 6/3/09 | 35.19 | 39 | | |
| 8/3/09 | 35.92 | 41 | | |
| 11/5/09 | 38.42 | 49 | O | |
| 1/8/10 | 45.99 | 52 | | |

O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

### 3-Year Price, Target Price and Rating Change History Chart for STJ

| STJ Date | Closing Price (US$) | Target Price (US$) | Rating | Initiation/ Assumption |
|---|---|---|---|---|
| 5/9/07 | 44.34 | | NC | |
| 11/6/07 | 39.92 | 43 | N | X |
| 2/4/08 | 41.16 | 42 | | |
| 2/10/08 | 41.87 | 43 | | |
| 7/17/08 | 48.22 | 48 | | |
| 9/11/08 | 44.34 | 43 | | |
| 10/17/08 | 37.03 | 38 | | |
| 11/19/08 | 27.8 | 31 | | |
| 1/28/09 | 35.18 | 35 | | |
| 2/9/09 | 36.95 | 37 | | |
| 3/5/09 | 31.53 | 36 | | |
| 4/23/09 | 34.67 | 37 | | |
| 8/3/09 | 38.49 | 40 | | |
| 10/6/09 | 33.4 | 38 | | |
| 12/8/09 | 36.81 | 40 | | |
| 1/8/10 | 39.38 | 41 | | |

O=Outperform; N=Neutral; U=Underperform; R=Restricted; NR=Not Rated; NC=Not Covered

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including Credit Suisse's total revenues, a portion of which are generated by Credit Suisse's investment banking activities.

**Analysts' stock ratings are defined as follows:**

**Outperform (O):** The stock's total return is expected to outperform the relevant benchmark* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.

**Neutral (N):** The stock's total return is expected to be in line with the relevant benchmark* (range of ±10-15%) over the next 12 months.

**Underperform (U):** The stock's total return is expected to underperform the relevant benchmark* by 10-15% or more over the next 12 months.

*Relevant benchmark by region: As of 29th May 2009, Australia, New Zealand, U.S. and Canadian ratings are based on (1) a stock's absolute total return potential to its current share price and (2) the relative attractiveness of a stock's total return potential within an analyst's coverage universe**, with Outperforms representing the most attractive, Neutrals the less attractive, and Underperforms the least attractive investment opportunities. Some U.S. and Canadian ratings may fall outside the absolute total return ranges defined above, depending on market conditions and industry factors. For Latin American, Japanese, and non-Japan Asia stocks, ratings are based on a stock's total return relative to the average total return of the relevant country or regional benchmark; for European stocks, ratings are based on a stock's total return relative to the analyst's coverage universe**. For Australian and New Zealand stocks a 22% and a 12% threshold replace the 10-15% level in the Outperform and Underperform stock rating definitions, respectively, subject to analysts' perceived risk. The 22% and 12% thresholds replace the +10-15% and -10-15% levels in the Neutral stock rating definition, respectively, subject to analysts' perceived risk.

**An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.

**Restricted (R):** In certain circumstances, Credit Suisse policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of Credit Suisse's engagement in an investment banking transaction and in certain other circumstances.

**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward.

**Analysts' coverage universe weightings are distinct from analysts' stock ratings and are based on the expected performance of an analyst's coverage universe* versus the relevant broad market benchmark**:**

**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**CREDIT SUISSE**                                                                                                                    12 February 2010

**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.
**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.
*An analyst's coverage universe consists of all companies covered by the analyst within the relevant sector.
**The broad market benchmark is based on the expected return of the local market index (e.g., the S&P 500 in the U.S.) over the next 12 months.

**Credit Suisse's distribution of stock ratings (and banking clients) is:**

|  | Global Ratings Distribution |  |
|---|---|---|
| Outperform/Buy* | 43% | (59% banking clients) |
| Neutral/Hold* | 42% | (60% banking clients) |
| Underperform/Sell* | 13% | (53% banking clients) |
| Restricted | 2% |  |

*For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.

Credit Suisse's policy is to update research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated herein.

Credit Suisse's policy is only to publish investment research that is impartial, independent, clear, fair and not misleading. For more detail please refer to Credit Suisse's Policies for Managing Conflicts of Interest in connection with Investment Research: http://www.csfb.com/research-and-analytics/disclaimer/managing_conflicts_disclaimer.html

Credit Suisse does not provide any tax advice. Any statement herein regarding any US federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purposes of avoiding any penalties.

See the Companies Mentioned section for full company names.
**Price Target:** (12 months) for (BSX)
**Method:** In deriving the target valuation of stocks across our med-tech universe, we have incorporated a variety of approaches. We have used both intrinsic (DCF, or discounted cash flow) and relative (PE, or price to earnings; PE to Growth; and EV/EBITDA, or enterprise value/earnings before interest, taxes, depreciation, and amortization) approaches. Our TP of $8.50 is 19.7x our 2010 EPS estimate with amortization of $0.43 and 12.2x our EPS estimate without amortization of $0.70.
**Risks:** Risks to the achievement of our $8.50 target price for BSX are: any additional FDA warning letter, market share shifts particularly in the DES (drug eluting stent) and ICD (implantable cardioverter-defibrillator) markets, patent litigation, product liability case, the impact of clinical trial outcomes (particularly the SPIRIT IV trial and COMPARE), timing of new and competitive product launches, government inquiries, future product recalls and advisories, healthcare reform efforts, increased regulations, and product failure.
**Price Target:** (12 months) for (MDT)
**Method:** In deriving the target valuation of stocks across our med-tech universe, we have incorporated a variety of approaches. We have used both intrinsic (DCF, or discounted cash flow) and relative (PE, or price to earnings; PE to Growth; and EV/EBITDA, or enterprise value/earnings before interest, taxes, depreciation, and amortization) approaches. Our target price of $52 applies a PE multiple of 15.2x on our calendar 2010 EPS estimate of $3.43.
**Risks:** Risks to the achievement of our $52 target price for MDT are: erosion of ICD (implantable cardioverter-defibrillator) market share, the health of the overall ICD market, integration issues with the Kyphon deal, intensifying healthcare reform talks, patent litigation, government inquiries including the DOJ (U.S. Department of Justice) investigation regarding cardiac rhythm management sales and marketing practices, clinical trial outcomes of products in development, timing of new product launches (particularly ENDEAVOR), competitive product launches (within all product categories), and future product recalls and advisories.
**Price Target:** (12 months) for (STJ)
**Method:** In deriving the target valuation of stocks across our med-tech universe, we have incorporated a variety of approaches. We have used both intrinsic (DCF, or discounted cash flow) and relative (PE, or price to earnings; PE to Growth; and EV/EBITDA, or enterprise value/earnings before interest, taxes, depreciation, and amortization) approaches. Our target price of $41 applies a PE multiple of 15.0x on our 2010 EPS estimate of $2.74.
**Risks:** Risks to our target price of $41 for STJ are the potential for greater than expected U.S. implantable cardioverter defibrillator (ICD) market share shifts, the outcome and resolution of government inquiries, clinical trial outcomes, timing of new product launches, healthcare reform efforts, increased pricing transparency, increased regulations, patent litigation, and product failure.

Please refer to the firm's disclosure website at www.credit-suisse.com/researchdisclosures for the definitions of abbreviations typically used in the target price method and risk sections.

See the Companies Mentioned section for full company names.
The subject company (BSX, MDT) currently is, or was during the 12-month period preceding the date of distribution of this report, a client of Credit Suisse.
Credit Suisse provided investment banking services to the subject company (BSX, MDT) within the past 12 months.
Credit Suisse has received investment banking related compensation from the subject company (BSX) within the past 12 months.
Credit Suisse expects to receive or intends to seek investment banking related compensation from the subject company (BSX, MDT) within the next 3 months.

**Important Regional Disclosures**
Singapore recipients should contact a Singapore financial adviser for any matters arising from this research report.

**CREDIT SUISSE**

The analyst(s) involved in the preparation of this report have not visited the material operations of the subject company (BSX, MDT, STJ) within the past 12 months.

Restrictions on certain Canadian securities are indicated by the following abbreviations: NVS--Non-Voting shares; RVS--Restricted Voting Shares; SVS--Subordinate Voting Shares.

Individuals receiving this report from a Canadian investment dealer that is not affiliated with Credit Suisse should be advised that this report may not contain regulatory disclosures the non-affiliated Canadian investment dealer would be required to make if this were its own report.

For Credit Suisse Securities (Canada), Inc.'s policies and procedures regarding the dissemination of equity research, please visit http://www.csfb.com/legal_terms/canada_research_policy.shtml.

As of the date of this report, Credit Suisse acts as a market maker or liquidity provider in the equities securities that are the subject of this report.

**Principal is not guaranteed in the case of equities because equity prices are variable.**

Commission is the commission rate or the amount agreed with a customer when setting up an account or at anytime after that.

CS may have issued a Trade Alert regarding this security. Trade Alerts are short term trading opportunities identified by an analyst on the basis of market events and catalysts, while stock ratings reflect an analyst's investment recommendations based on expected total return over a 12-month period relative to the relevant coverage universe. Because Trade Alerts and stock ratings reflect different assumptions and analytical methods, Trade Alerts may differ directionally from the analyst's stock rating.

The author(s) of this report maintains a CS Model Portfolio that he/she regularly adjusts. The security or securities discussed in this report may be a component of the CS Model Portfolio and subject to such adjustments (which, given the composition of the CS Model Portfolio as a whole, may differ from the recommendation in this report, as well as opportunities or strategies identified in Trading Alerts concerning the same security). The CS Model Portfolio and important disclosures about it are available at www.credit-suisse.com/ti.

To the extent this is a report authored in whole or in part by a non-U.S. analyst and is made available in the U.S., the following are important disclosures regarding any non-U.S. analyst contributors:

The non-U.S. research analysts listed below (if any) are not registered/qualified as research analysts with FINRA. The non-U.S. research analysts listed below may not be associated persons of CSSU and therefore may not be subject to the NASD Rule 2711 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

For Credit Suisse disclosure information on other companies mentioned in this report, please visit the website at www.credit-suisse.com/researchdisclosures or call +1 (877) 291-2683.

Disclaimers continue on next page.



12 February 2010
Americas/United States
**Equity Research**

This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse AG, the Swiss bank, or its subsidiaries or its affiliates ("CS") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CS. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CS. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CS or its affiliates.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CS may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CS will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CS does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

CS believes the information and opinions in the Disclosure Appendix of this report are accurate and complete. Information and opinions presented in the other sections of the report were obtained or derived from sources CS believes are reliable, but CS makes no representations as to their accuracy or completeness. Additional information is available upon request. CS accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CS. This report is not to be relied upon in substitution for the exercise of independent judgment. CS may have issued, and may in the future issue, a trading call regarding this security. Trading calls are short term trading opportunities based on market events and catalysts, while stock ratings reflect investment recommendations based on expected total return over a 12-month period as defined in the disclosure section. Because trading calls and stock ratings reflect different assumptions and analytical methods, trading calls may differ directionally from the stock rating. In addition, CS may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CS is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CS is involved in many businesses that relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CS and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of CS, CS has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CS's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CS's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse Securities (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in Germany by Credit Suisse Securities (Europe) Limited Niederlassung Frankfurt am Main regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht ("BaFin"). This report is being distributed in the United States by Credit Suisse Securities (USA) LLC ; in Switzerland by Credit Suisse AG; in Canada by Credit Suisse Securities (Canada), Inc..; in Brazil by Banco de Investimentos Credit Suisse (Brasil) S.A.; in Japan by Credit Suisse Securities (Japan) Limited, Financial Instrument Firm, Director-General of Kanto Local Finance Bureau (Kinsho) No. 66, a member of Japan Securities Dealers Association, The Financial Futures Association of Japan, Japan Securities Investment Advisers Association; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse (Hong Kong) Limited, Credit Suisse Equities (Australia) Limited , Credit Suisse Securities (Thailand) Limited, Credit Suisse Securities (Malaysia) Sdn Bhd, Credit Suisse AG, Singapore Branch, Credit Suisse Securities (India) Private Limited, Credit Suisse Securities (Europe) Limited, Seoul Branch, Credit Suisse AG, Taipei Securities Branch, PT Credit Suisse Securities Indonesia, and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse AG, Taipei Securities Branch has been prepared by a registered Senior Business Person. Research provided to residents of Malaysia is authorised by the Head of Research for Credit Suisse Securities (Malaysia) Sdn. Bhd., to whom they should direct any queries on +603 2723 2020.

In jurisdictions where CS is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CS entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse Securities (USA) LLC in the U.S.

Please note that this report was originally prepared and issued by CS for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CS should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Any Nielsen Media Research material contained in this report represents Nielsen Media Research's estimates and does not represent facts. NMR has neither reviewed nor approved this report and/or any of the statements made herein.

If this report is being distributed by a financial institution other than Credit Suisse AG, or its affiliates, that financial institution is solely responsible for distribution. Clients of that institution should contact that institution to effect a transaction in the securities mentioned in this report or require further information. This report does not constitute investment advice by Credit Suisse to the clients of the distributing financial institution, and neither Credit Suisse AG, its affiliates, and their respective officers, directors and employees accept any liability whatsoever for any direct or consequential loss arising from their use of this report or its content.

Copyright 2010 CREDIT SUISSE AG and/or its affiliates. All rights reserved.

**CREDIT SUISSE SECURITIES (USA) LLC**
United States of America: +1 (212) 325-2000