UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE BOSTON SCIENTIFIC CORPORATION )
SECURITIES LITIGATION               )
                                    )   CIVIL ACTION NO.
                                    )   10-10593-DPW
                                    )

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated September 19, 2011, granting Defendants' motion to dismiss, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: September 20, 2011