UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE BOSTON SCIENTIFIC CORP. SECURITIES LITIGATION** | Case No. 1:10-CV-10593-DPW |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Co-Lead Plaintiffs KBC Asset Management NV and Steelworkers Pension Trust, individually and on behalf of all other persons or entities that purchased or acquired the common stock of Boston Scientific Corporation between October 20, 2009, and February 10, 2010, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment dated September 20, 2011 [Docket No. 68] and the underlying Memorandum and Order dated September 19, 2011 [Docket No. 67] in the above-captioned matter.

Dated this 17th day of October, 2011.

                                                    Respectfully submitted,

                                                    */s/ Leslie R. Stern*
                                                    Leslie R. Stern (BBO #631201)
                                                    **BERMAN DEVALERIO**
                                                    One Liberty Square
                                                    Boston, MA  02109
                                                    Tel:    (617) 542-8300
                                                    Fax:   (617) 542-1194
                                                    Email: lstern@bermandevalerio.com

Jonathan Shapiro
Lynn Weissberg
**STERN SHAPIRO WEISSBERG & GARIN, LLP**
90 Canal Street
Boston, MA  02114-2022
Tel: (617) 742-5800
Fax: (617) 742-5858
Email: jshapiro@sswg.com
    lweissberg@sswg.com

*Co-Liaison Counsel for Co-Lead Plaintiffs*

Sherrie R. Savett
Barbara A. Podell
Arthur Stock
Phyllis M. Parker
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: ssavett@bm.net
    bpodell@bm.net
    astock@bm.net
    pparker@bm.net

James M. Hughes (*admitted pro hac vice*)
William S. Norton
J. Brandon Walker
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel: (843) 216-9000
Fax: (843) 216-9440
Email: jhughes@motleyrice.com
    bnorton@motleyrice.com
    bwalker@motleyrice.com

William H. Narwold
**MOTLEY RICE LLC**
20 Church St., 17th Floor
Hartford, CT  06103
Tel: (860) 882-1676
Fax: (860) 882-1682
Email: bnarwold@motleyrice.com

*Co-Lead Counsel for Co-Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on October 17, 2011.

    */s/ Leslie R. Stern*
Leslie R. Stern (BBO #631201)
**BERMAN DEVALERIO**
One Liberty Square
Boston, MA  02109
Tel:     (617) 542-8300
Fax:    (617) 542-1194
Email: lstern@bermandevalerio.com